

*Erika H. Rosenblum, Esq.*
ERosenblum@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

July 20, 2020

**VIA ECF**
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>    Re:   Angel Rodriguez v. Indrio Brands d/b/a Hale Groves
>          Index No.: 20-cv-01378(RRM)(LB)

Dear Judge Bloom:

  This office represents the Defendant, Indrio Brands d/b/a Hale Groves ("Defendant"), in the above-referenced matter.

  We are pleased to report that the parties have reached an agreement in principle to resolve this matter. As a result, the parties respectfully request that all deadlines be held in abeyance *sine die* to enable the parties time to complete the necessary settlement paperwork and fully consummate the settlement, which the parties anticipate will take approximately 45 days.

  We thank Your Honor for all courtesies extended.

>    Respectfully submitted,
>    Kaufman Dolowich & Voluck, LLP
>
>    Erika H. Rosenblum

Cc: All Counsel of Record (*via* ECF)

4825-6048-1731, v. 1